IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FARZIN AFRASIABIPOUR,**<br>　　　　**Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **PENNSYLVANIA DEPARTMENT OF TRANSPORTATION,**<br>　　　　**Defendant.** | **NO. 17-5214** |

## O R D E R

**AND NOW**, this 7th day of August, 2018, upon consideration of Motion to Stay Discovery Pending a Ruling on Motion for Leave to Withdraw as Counsel for Plaintiff Farzin Afrasiabipour (Document No. 13, filed August 6, 2018), it appearing from the Motion that plaintiff seeks a stay of discovery pending a ruling on the Motions for Leave to Withdraw as Counsel for Plaintiff Farzin Afrasiabipour, and Defendant Penndot's Response to Plaintiff Afrasiabipour's Motion to Stay Discovery (Document No. 14, filed August 6, 2018), the Court noting that the discovery deadline is scheduled to end on August 31, 2018, and the Court, by separate Order dated August 7, 2018, having scheduled a hearing on the Motions for Leave to Withdraw as Counsel for Plaintiff Farzin Afrasiabipour for September 6, 2018, **IT IS ORDERED** that the Motion to Stay Discovery Pending a Ruling on Motion for Leave to Withdraw as Counsel for Plaintiff Farzin Afrasiabipour is **GRANTED**.

　　**IT IS FURTHER ORDERED** as follows:

　　1. All proceedings in the Scheduling Order dated are **STAYED** until further order of the Court; and,

2. The Court will conduct a telephone conference for the purpose of scheduling further proceedings after the Court rules on the pending Motions for Leave to Withdraw as Counsel for Plaintiff Farzin Afrasiabipour.

           **BY THE COURT:**

           **/s/ Hon. Jan E. DuBois**

           **DuBOIS, JAN E., J.**