**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FARZIN AFRASIABIPOUR,**<br>    Plaintiff, | **CIVIL ACTION** |
| v. | |
| **PENNSYLVANIA DEPARTMENT OF TRANSPORTATION,**<br>    Defendant. | **NO. 17-5214** |

### O R D E R

**AND NOW**, this 25th day of June, 2020, upon consideration of Defendant's Motion for Summary Judgment (Document No. 33, filed October 3, 2019), Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment (Document No. 36, filed December 16, 2019), Reply in Support of Motion for Summary Judgment (Document No. 37, filed December 27, 2019), for the reasons stated in the accompanying Memorandum dated June 25, 2020, **IT IS ORDERED** that the Defendant's Motion for Summary Judgment is **GRANTED**. **JUDGMENT IS ENTERED** in **FAVOR** of defendant, Pennsylvania Department of Transportation, and **AGAINST** plaintiff, Farzin Afrasiabipour.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

                                            **BY THE COURT:**

                                            **/s/ Hon. Jan E. DuBois**

                                                **DuBOIS, JAN E., J.**